IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

ANDRA "ANA" CHERI MORELAND, and )
IESHA MARIE CRESPO, )
                                     )
                 Plaintiffs, )
                                      )
        v. )              Case No. 1:22-cv-03795-RJL
                                      )
1010 V, LLC d/b/a THE LIVING ROOM, et )
al. )
                                      )
               Defendants. )
                                      )

## **PLAINTIFFS' SERVICEMEMBER DECLARATION**

I, JOHN V. GOLASZEWSKI, hereby declare, pursuant to 28 U.S.C. § 1746, the following under the penalties of perjury:

I am a member of The Casas Law Firm, P.C., counsel for plaintiffs in the above-captioned matter and have authorization to submit this affidavit. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in the affidavit are within my personal knowledge and are true and correct.

Defendant 1010 V, LLC, is NOT currently in military service. I know this because 1010 V, LLC is a District of Colombia limited liability company and not an individual.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the statements in this Declaration are true and correct.

Dated: New York, New York
        May 16, 2024

                                       */s/John V. Golaszewski*
                                       John V. Golaszewski, Esq.
                                       DC Bar ID: NY0484
                                       The Casas Law Firm, P.C.
                                       1740 Broadway, 15th Floor
                                       New York, New York 10019

- 2 -

Direct: (646) 872-3178
Fax: 855-220-9626
john@talentrights.law
*Attorneys for Plaintiffs*