IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

ANDRA "ANA" CHERI MORELAND, and )
IESHA MARIE CRESPO, )
                                )
            Plaintiffs, )
                                )
      v.                         )       Case No. 1:22-cv-03795-RJL
                                )
1010 V, LLC d/b/a THE LIVING ROOM, )
                                )
            Defendant. )
                                )

**[PROPOSED] ORDER**

WHEREAS defendant 1010 V, LLC d/b/a The Living Room ("Living Room") was named as a defendant in this lawsuit in a Complaint filed by plaintiffs Andra "Ana" Cheri Moreland, and Iesha Marie Crespo (collectively, "Plaintiffs") on or about December 22, 2022; and,

WHEREAS this Court has personal jurisdiction over Living Room because, as set forth in the Complaint, at times relevant to this action it owned and operated an establishment located at 1008 Vermont Ave NW, Washington, DC 20005; and

WHEREAS this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs' have stated claims under, *inter alia*, the Lanham Act, 15 U.S.C. § 1125(a) and has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367; and,

WHEREAS Living Room was served with the summons and complaint on or about January 9, 2023, *see* Dkt. 6, and,

///

- 1 -

- 2 -

WHEREAS, Living Room has failed to plead or otherwise defend this action and having so failed, default was therefore entered as to Living Room, *see* Dkt. 9; and

WHEREAS, upon application of Plaintiffs and upon declaration that the Defendant is indebted to Plaintiffs in the principal sum of one hundred and twenty thousand dollars ($120,000.00), plus Plaintiffs' costs and fees, plus interest thereon; that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby:

ORDERED, ADJUDGED and DECREED that Plaintiffs recover from Defendant, jointly and severally, the principal sum of $120,000.00, and interest thereon according to law from the date of this judgment until the entire amount is paid; and it is further,

ORDERED, ADJUDGED and DECREED that Defendant is permanently enjoined from using any Images from Plaintiffs in their advertising, including without limitation those Images annexed to the Complaint.

This judgment is entered by the Clerk at the request of Plaintiffs and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.


Dated: _____

_____
United States District Judge